950 A.2d 208

IN THE MATTER OF ANTHONY CLYDE
JONES, AN ATTORNEY AT LAW.

June 25, 2008.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–375, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **ANTHONY CLYDE JONES,** formerly of **TEANECK,** who was

admitted to the bar of this State in 1998, and who has been temporarily suspended from the practice of law pursuant to *Rule* 1:20–15, since July 27, 2006 by Order of the Court filed June 27, 2006, should be reprimanded for violating *RPC* 1.15(a) (commingling personal and trust funds), *RPC* 1.15(d) (failing to properly maintain attorney trust account records) and *RPC* 5.5(a) (practicing law while ineligible);

And the Court having determined from its review of the matter that a censure is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **ANTHONY CLYDE JONES** is hereby censured; and it is further

ORDERED that respondent continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.